**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kim Y Worthington** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number   **18-28670**
(if known)

☐ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B..................................................   $ **265,000.00**

   1b. Copy line 62, Total personal property, from Schedule A/B........................................   $ **32,986.00**

   1c. Copy line 63, Total of all property on Schedule A/B...................................................   $ **297,986.00**

### Part 2:   Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...*   $ **272,388.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*..............................   $ **0.00**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*..........................   $ **27,207.00**

   **Your total liabilities** $ **299,595.00**

### Part 3:   Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*..............................................................   $ **3,422.06**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*......................................................................   $ **3,113.00**

### Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1  **Kim Y Worthington**  Case number *(if known)* **18-28670**

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.    $ **3,045.03**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**Herbert B. Raymond, Esq.**<br>**7 Glenwood Avenue**<br>**East Orange, NJ 07017**<br>**973-675-5622**<br>**bankruptcy123@comcast.net** | |
| In Re:<br>    Kim Y Worthington | Case No.: **18-28670**<br>Chapter: **13**<br>Judge: |

# DISCLOSURE OF CHAPTER 13 DEBTOR'S ATTORNEY COMPENSATION

1.     Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b), I certify that I am the attorney for the debtor(s) and that compensation was paid to me within one year before the filed date of the petition, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in connection with this bankruptcy case is as follows:

■ Under D.N.J. LBR 2016-5(b), I have agreed to accept for all legal services required to confirm a plan, subject to the exclusions listed below, including administrative services that may occur postconfirmation, a flat fee in the amount of $ **3,500.00** . I understand that I must demonstrate that additional services were unforeseeable at the time of the filing of this disclosure if I seek additional compensation and reimbursement of necessary expenses.

Legal services on behalf of the debtor in connection with the following are not included in the flat fee:

Representation of the debtor in:
- adversary proceedings,
- loss mitigation/loan modification efforts,
- post-confirmation filings and matters brought before the Court.

I have received:                                                                                 $ **897.00**

The balance due is:                                                                          $ **2,603.00**

The balance ■ will ☐ will not be paid through the plan.

☐ Under D.N.J. LBR 2016-5(c), I have agreed to accept for legal services provided on behalf of the debtor in this case, an hourly fee of $ ____. The hourly fee charged by other members of my firm that may provide services to this client range from $ ____ to $ ____. I understand that I must receive the Court's approval of any fees or expenses to be paid to me in this case post petition pursuant to D.N.J. LBR 2016-1.

I have received:                                                                                 $ ____

2.     The source of the funds paid to me was:

■ Debtor(s)          ☐ Other (specify below)

3. If a balance is due, the source of future compensation to be paid to me is:

■ Debtor(s)   ☐ Other (specify below)


4. I ☐ have or ■ have not agreed to share compensation with another person(s) unless they are members of my law firm. If I have agreed to share compensation with a person(s) who is not a member of my law firm, a copy of that agreement and a list of the people sharing in the compensation is attached.


Date: **January 19, 2019**    **/s/ Herbert B. Raymond, Esq.**
　　　　　　　　　　　　　　　　　　　　**Herbert B. Raymond, Esq.**
　　　　　　　　　　　　　　　　　　　　Debtor's Attorney

In re **Kim Y Worthington**  
Debtor(s)

Case No. **18-28670**

# Disclosure of Chapter 13 Debtor's Attorney Compensation
## *Retainer Agreement*

**This shall constitute the fee arrangement between you, the client or Debtor(s) and the law firm, that is Herbert B. Raymond, Esq., Jeffrey M. Raymond, Esq., and Kevin L. DeLyon, Esq., dba Raymond and Raymond. The fee you are being charged, pre-confirmation, is a set fee, with possible upward adjustment, contingent on services rendered. The fee you are being charged is $3,500, plus filing fees and costs of $352 (consisting of the court filing fee, the credit counseling fee and the credit reporting fee, i.e. actual costs of filing).**

**Pre-Confirmation with Adjustment if Necessary: The fee charged relates to pre-confirmation services only and is a set fee, in other words, it is a flat rate fee which may be adjusted upwards depending on the services rendered in the case. The maximum amount, that the fee may be increased is to the sum of $4,750.00, a sum set by the Court, exclusive of costs. The Debtor consents and agrees to be charged this fee and understands that if the fee charged is less than the $4,750, that the attorneys/law firm, may amend the fee disclosure so that the increased fee is charged. The amended fee disclosure statement, will be e-mailed or mailed to the Debtor/client. By signing this agreement, despite the legal fee charged to you, you consent to a legal fee to be charged of up to $4,750, depending on the circumstances in the case (if additional services are rendered).**

  **A. Excluded Services: Before confirmation of your plan, services pertaining to loss mitigation or loan modification efforts and representation in adversary proceedings, is not included in the fees being charged. The Court specifically excludes such fees from the flat rate charge.**

   **i. The legal fees for loss mitigation vary and the basic or standard charge is $750, but may be as much as $1,500.00, depending on the particular case. This sum is in addition to the flat or set fee noted above. There may also be additional fees pertaining to loss mitigation such as, but not including to fees for status conferences (charged at $300 to $500), loss mitigation extension or termination applications ($250) and motions to approve a loan modification ($500).**

   **ii. Representation in Adversary Proceedings: Fees pertaining to adversary proceedings are not included in the set fee and no representation in any adversary action/proceeding, will be under-taken until the quoted legal fee and cost is paid by the Debtor to counsel.**

**Litigation: In some circumstances, involving considerable litigation, such as but not limited to complicated legal issues requiring briefing or plenary hearings (involving a contested factual issue such as, but not limited to a valuation hearing or contested confirmation issue), a request may be made, by the law firm, to the Court, for fees to be paid an hourly rate, which shall be the rate in effect, set by the firm, at the time the services are rendered to the Debtor.**

**Appeal: In no event will the fee cover an appeal and no appeal will be under-taken without the execution of another agreement between the Debtor and law firm and the payment of the required legal fees and costs of appeal.**

**Fees for pre-confirmation services whether included or excluded, will be part of your Chapter 13 plan to the extent not paid initially and if the fee is for an excluded service or if the pre-confirmation fee is increased due to the rendering of additional services, the Chapter 13 plan payment may increase. By signing this agreement, you consent to the fees that are charged and to be included under the plan and the law firm will continue to represent you and make adjustment to the fees and necessary, depending on services rendered, and the fees will be part of your Chapter 13 plan and may result in an increase in**

plan payments.

**Post-Confirmation (After Court Approval):** The fee noted above, whether flat rate, increased by adjustment or hourly, does not include any services rendered to you after the approval (confirmation) of your plan. Thus any service, including but not limited to services, other than those services deemed part and parcel of the original fee or plan, performed after the confirmation of your plan, may be charged to you, pursuant to the following schedule and are known as supplemental counsel fees or post-confirmation counsel fees:

      **a. Modified Plans: $300**

      **b. Motions filed on Behalf of the Debtor: $500**

      **c. Defense of Trustee Motions, Stay Relief Motions or any Other Motion(s) Filed Against the Debtor: $400**

      **d. Retention Applications: $200**

      **e. Notice of Settlement and/or Notice of Sale: $150**

      **f. Amendments to Petition: $100 (Plus Actual Costs)**

      **g. Additional Court Appearances Pertaining to Any of the Above or Below: $100**

      **h. Trustee or Creditor Default Certifications: $400**

      **i. Preparation of Wage Order: $150**

      **j. Conversion of Case: Any amounts still due under the plan plus legal fees ($350 to $1,200) plus actual costs of conversion such as amendment filing fee and conversion fee**

**These after confirmation or supplemental legal fees are be charged to the Debtor/Client consistent with this schedule. In very complicated or time consuming situations, like, for example, where a legal issue arises or where there is a contested factual issue necessitating a plenary hearing, the fee charged may be on an hourly basis, at the rate, in counsel's discretion, in effect at the time the service is rendered. The Debtor(s) consents to the post-confirmation fees to be charged, whether on an hourly basis or pursuant to this fee schedule (for an enumerated or standard service), and the attorney will represent the Debtor(s) and charge the Debtor pursuant to the post-confirmation schedule, with the legal fees, to be added to the plan, unless the Debtor notifies the firm otherwise. The additional fee may result in an increase in the Debtor's plan payment to the Trustee.**

**Costs:** Actual costs of filing, such as, but not limited to the costs noted above, must be paid by the Debtor/Client. Thus, in addition to the filing fees, credit counseling and credit reporting costs, there may be, for example, additional costs for filing fees pertaining to certification of an order, the cancellation of a judgment, cancelling a mortgage, title report(s) and the financial management course. These actual costs must be paid by the Debtor and the actual cost must be paid to counsel before it is incurred.

**Fees Due Upon Dismissal or Conversion:** If your case is ever dismissed, you will still owe to the law firm any amounts due under the plan which have yet to be paid (unpaid amounts). Similarly, upon conversion, the amounts still due under the plan, must be paid before conversion of your case to another chapter of the code.

**Irrevocable Assignment of Legal Fees and/or Costs:** The Debtor, by signing this statement, assigns his/her/their interest, in the funds held by the Trustee, to the extent Counsel is still owed legal fees or expenses for services rendered or expenses incurred. You hereby irrevocably assign to us your interest in all payments made to the Chapter 13 Trustee, to the extent of any balance due, subject to

**Court approval of such fees and/or expenses. If your case is dismissed, or converted before our fees and/or expenses are paid in full, you agree to allow the Chapter 13 Trustee to pay the balance due to us directly from funds that would otherwise be returned to you, subject to Court approval of the fees and/or expenses. This means that if the Chapter 13 Trustee is holding funds, from payments that you made into the case, at the time the case is converted or dismissed, you have agreed that those funds are assigned to us and that such funds will be paid to our firm on account of legal fees and/or costs still due and owing.**

**By signing this agreement, you agree to the fee structure noted above regarding the legal fees (flat, adjustment upward, hourly and post-confirmation), and to the assignment of Legal Fees and/or Costs in the case. By signing this agreement, I consent to the terms and accept the fee agreement and understand the fee arrangement. I understand that effective legal representation means cooperating with my attorney by providing information, whether in the form of documents or information, and being forthright (honest). I understand that should I fail to cooperate with my attorney in this manner or that if I am not forthright, I jeopardize the continuation of my case and my attorney may ask the Court to withdraw as my counsel. There will be no refunds of any legal fees if the firm withdraws as counsel and there will be no refunds of any sums once the case is filed with the Court.**

**/S/ _____    Dated: October 8, 2018**

   **Debtor, Kim Worthington**

**/S/_____    Dated:**

   **Joint-Debtor (if applicable)**