HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ  07017

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
#### Chapter 13 Case # 18-28670

| Re: | KIM Y. WORTHINGTON | Atty: | HERBERT B. RAYMOND, ESQ. |
|---|---|---|---|
| | 290 CONKLIN AVENUE | | 7 GLENWOOD AVENUE |
| | HILLSIDE, NJ 07205 | | 4TH FLOOR SUITE 408 |
| | | | EAST ORANGE, NJ 07017 |

### RECEIPTS AS OF 12/31/2018    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/30/2018 | $300.00 | 25299677542 | 11/29/2018 | $300.00 | 25299692076 |

**Total Receipts: $600.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $600.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018    (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 51.30 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AHS HOSPITAL CORP. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0002 | AFFIRM INC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0005 | CAPITAL ONE BANK | UNSECURED | 445.20 | 0.00% | 0.00 | 0.00 |
| 0006 | COMENITY BANK/PIER 1 | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0007 | DISCOVER FINANCIAL | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0008 | NAVY FCU | UNSECURED | 13,074.87 | 0.00% | 0.00 | 0.00 |
| 0009 | NAVY FEDERAL CREDIT UNION | VEHICLE SECURE | 1,132.08 | 100.00% | 0.00 | 0.00 |
| 0010 | NEWARK FIREMANS FCU | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0011 | HSBC BANK USA NA | MORTGAGE ARRE | 35,390.55 | 100.00% | 0.00 | 0.00 |
| 0015 | SIMONS AGENCY, INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0017 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 653.17 | 100.00% | 0.00 | 0.00 |
| 0020 | NAVY FCU | UNSECURED | 6,246.23 | 0.00% | 0.00 | 0.00 |

**Total Paid: $51.30**
See Summary

### SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 18, 2019.

Receipts: $600.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $51.30    =    Funds on Hand: $848.70

**Chapter 13 Case # 18-28670**

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.