HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
Chapter 13 Case # 18-28670

Re:  KIM Y. WORTHINGTON
290 CONKLIN AVENUE
HILLSIDE,  NJ  07205

Atty:  HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ  07017

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $44,280.00**

## RECEIPTS AS OF 01/15/2020    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/30/2018 | $300.00 | 25299677542 | 11/29/2018 | $300.00 | 25299692076 |
| 01/02/2019 | $300.00 | 25589883115 | 01/28/2019 | $300.00 | 25588072642 |
| 03/25/2019 | $300.00 | 25811745344 | 03/26/2019 | $300.00 | 25780555787 |
| 04/24/2019 | $300.00 | 25780571471 | 05/23/2019 | $300.00 | 25901842230 |
| 06/24/2019 | $300.00 | 25901857405 | 07/26/2019 | $300.00 | 25962094337 |
| 08/27/2019 | $300.00 | 25860792734 | 09/25/2019 | $300.00 | 26171433810 |
| 11/05/2019 | $300.00 | 26318692596 | 12/03/2019 | $300.00 | 26318690572 |
| 12/31/2019 | $300.00 | 26297278064 | | | |

**Total Receipts: $4,500.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan：$4,500.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| HSBC BANK USA NA | | | | | | |
| | 08/19/2019 | $88.47 | 830,673 | 09/16/2019 | $279.07 | 832,748 |
| | 10/21/2019 | $286.34 | 834,711 | 12/16/2019 | $275.58 | 838,763 |
| | 01/13/2020 | $275.58 | 840,647 | | | |
| NAVY FEDERAL CREDIT UNION | | | | | | |
| | 09/16/2019 | $11.76 | 833,687 | 10/21/2019 | $9.16 | 835,724 |
| | 12/16/2019 | $8.82 | 839,704 | 01/13/2020 | $8.82 | 841,583 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 219.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,753.00 | 100.00% | 2,753.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AHS HOSPITAL CORP. | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AFFIRM INC | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | CAPITAL ONE BANK (USA) NA | UNSECURED | 445.20 | * | 0.00 | |
| 0006 | COMENITY BANK/PIER 1 | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | DISCOVER FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | NAVY FCU | UNSECURED | 13,074.87 | * | 0.00 | |

Chapter 13 Case # 18-28670

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0009 | NAVY FEDERAL CREDIT UNION | VEHICLE SECURE | 1,132.08 | 100.00% | 38.56 | |
| 0010 | NEWARK FIREMANS FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | HSBC BANK USA NA | MORTGAGE ARRE | 35,390.55 | 100.00% | 1,205.04 | |
| 0015 | SIMONS AGENCY, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | TOYOTA LEASE TRUST | UNSECURED | 5,298.92 | * | 0.00 | |
| 0020 | NAVY FCU | UNSECURED | 6,246.23 | * | 0.00 | |

**Total Paid: $4,215.60**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $4,500.00    -    Paid to Claims: $1,243.60    -    Admin Costs Paid: $2,972.00    =    Funds on Hand: $284.40

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.