Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−28670−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Kim Y. Worthington
290 Conklin Avenue
Hillside, NJ 07205

Social Security No.:
xxx−xx−0397

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 5/28/20 at 10:00 AM

to consider and act upon the following:

*48* − Motion for Relief from Stay re: 2010 Dodge Ram. Fee Amount $ 181. Filed by Keri P. Ebeck on behalf of Navy Federal Credit Union. Hearing scheduled for 2/27/2020 at 10:00 AM at JKS − Courtroom 3D, Newark. (Attachments: # 1 Certification in Support of Motion for Relief from Stay # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Statement as to Why No Brief is Necessary # 6 Certification of Creditor Regarding Post−Petition Payment History # 7 Proposed Order # 8 Certificate of Service) (Ebeck, Keri)

Dated: 5/15/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court