```
Raymond & Raymond, Esqs.
Attorneys at Law
7 Glenwood Avenue, 4th Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711 Telefax
Email: herbertraymond@gmail.com
Herbert B. Raymond; Jeffrey M. Raymond, Esq.; Kevin DeLyon, Esq.
Attorneys for the Debtor(s)
```

---

| IN RE: | UNITED STATES BANKRUPTCY COURT |
| | DISTRICT OF NEW JERSEY |
| | CHAPTER 13 |
| | CASE NO.: 18-28670 (JKS) |
| KIM Y. WORTHINGTON, | |
| 290 Conklin Ave. | |
| Hillside, NJ 07205 | |
| (xxx-xx-0397) | |
| DEBTOR(S). | |

---

## DEBTOR'S CERTIFICATION IN SUPPORT
## OF MODIFIED CHAPTER 13 PLAN

Kim Y. Worthington, Debtor in the above-captioned matter, of full age, hereby certifies as follows:

1. I am the Debtor in the above-captioned matter and I am filing this certification in support of the Modified Chapter 13 Plan which was filed.

2. Specifically, the Certification relates to the extension of the plan, under the 'Cares Act', Section 1113, to eighty-four (84) months.  That Section of the newly enacted law amends Section 1329 of the Bankruptcy Code by allowing plan modification, upon the Debtor's request.  It allows modification if:

a. "the debtor is experiencing or has experienced a material financial hardship due, directly or indirectly, to the Corona Virus Disease 2019 (COVID-19) Pandemic; and the modification is approved after notice and a hearing".

3. A plan under this section, "may not provide for payments over a period that expires more than seven years after the time that the first payment under the original confirmed plan was due."  So the maximum new plan term is now eighty-four months for Cares Act cases.

4. I believe that I have directly experienced a material financial hardship as a result of the health pandemic allowing the plan extension to eighty-four (84) months as authorized by the Cares Act.

5. Currently my place of employment has been affected due to the Corvid 19.

6. Since March 13, 2020, I have been out of work since then.

7. At this present time I'm not sure when or if I will be called back to work due to the current situation of Covid 19.

8. I have been receiving unemployment benefits since April in the amount of $367.00 weekly. At this current time I'm not sure how long my benefits will last.

9. So my situation, to say the least, is tenuous, in terms of my employment and income.  And if and when I do return to work, I will be behind with all of my regular financial obligations. Hence I am respectfully requesting that the plan payments stay lower for an extended period of time, and then increase as I, hopefully, return to work and/or obtain other or additional employment.

10. I believe that the plan extension and plan payment reduction, that I have proposed, is what was envisioned by the Cares Act, when authorizing plan terms that extend beyond sixty months, to assist those impacted by the Corona Virus. I was

clearly impacted by the Corona situation.

11. I certify that this information is true and correct.

Dated: June 26, 2020           /S/ KIM Y. WORTHINGTON
                               --------------------------------------
                               KIM Y. WORTHINGTON, DEBTOR