Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.: 18−28670−JKS
                    Chapter: 13
                    Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kim Y. Worthington
   290 Conklin Avenue
   Hillside, NJ 07205

Social Security No.:
   xxx−xx−0397

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on January 28, 2019.

    On the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:                August 13, 2020
Time:               08:30 AM
Location:          Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 29, 2020
JAN: wdh

                                                                          Jeanne Naughton
                                                                           Clerk

```
                        United States Bankruptcy Court
                              District of New Jersey
In re:                                                                Case No. 18-28670-JKS
Kim Y. Worthington                                                    Chapter 13
        Debtor
                               CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin               Page 1 of 2           Date Rcvd: Jun 29, 2020
                              Form ID: 185              Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2020.
db             +Kim Y. Worthington,    290 Conklin Avenue,    Hillside, NJ 07205-1447
cr             +HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO,    RAS Citron, LLC,
                 130 Clinton Road, Suite 202,    Fairfield, NJ 07004-2927
517764087      +AHS Hospital Corp.,    PO Box 35510,   Newark, NJ 07193-0001
517764088      +Atlantic Health,    PO Box 1905,   Morristown, NJ 07962-1905
517764089      +Atlantic Health Systems,    Morristown Memorial Hospital,    PO Box 10219,
                 Newark, NJ 07193-0219
517824354      +HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO,    ATTN: Cashiering Department,
                 1661 Worthington Road, Suite 100,    West Palm Beach, FL 33409-6493
517852683      +HSBC Bank USA, National Association,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
517764096      +Newark Firemans Fcu,    106 Fleming Ave,   Newark, NJ 07105-4015
517764097      +Ocwen Loan Servicing, LLC,    Attn: Research/Bankruptcy,    1661 Worthington Road, Suite 100,
                 West Palm Beach, FL 33409-6493
517764098      +Overlook Hospital,    PO Box 102000,   Newark, NJ 07193-0001
517764099      +RAS Citron, LLC,    130 Clinton Rd., Ste. 202,    Fairfield, NJ 07004-2927
517764100      +Robertson, Anschutz, & Schneid, P.L.,    6409 Congress Avenue, Ste. 100,
                 Boca Raton, FL 33487-2853
517764102      +Summit Radiological Associates,    151 Summit Avenue,    Summit, NJ 07901-2813
517764103     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Co,    Toyota Financial Services,    PO Box 8026,
                 Cedar Rapids, IA 52408)
518302408      Toyota Lease Trust,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
517868096      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 30 2020 01:14:55      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 30 2020 01:14:53     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517764086      +E-mail/Text: backoffice@affirm.com Jun 30 2020 01:15:43      Affirm Inc,    Affirm Incorporated,
                 PO Box 720,   San Francisco, CA 94104-0720
517764090      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 30 2020 01:11:59      Capital One,
                 Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
517824250       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 30 2020 01:12:22
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
517764091      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 30 2020 01:14:38     Comenity Bank/Pier 1,
                 Attn: Bankruptcy Dept,    PO Box 182125,   Columbus, OH 43218-2125
517764092      +E-mail/Text: mrdiscen@discover.com Jun 30 2020 01:13:59     Discover Financial,    PO Box 3025,
                 New Albany, OH 43054-3025
517764093      +E-mail/Text: ext_ebn_inbox@navyfederal.org Jun 30 2020 01:15:39     Navy FCU,
                 Attn: Bankruptcy,    PO Box 3000,    Merrifield, VA 22119-3000
517764095      +E-mail/Text: ext_ebn_inbox@navyfederal.org Jun 30 2020 01:15:39     Navy Federal Credit Union,
                 Attn: Bankruptcy,    PO Box 3000,    Merrifield, VA 22119-3000
517764101      +E-mail/Text: clientservices@simonsagency.com Jun 30 2020 01:15:32     Simons Agency, Inc.,
                 Attn: Bankruptcy,    4963 Wintersweet Dr.,    Liverpool, NY 13088-2176
                                                                                             TOTAL: 10

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517764094*     +Navy FCU,    Attn: Bankruptcy,    PO Box 3000,    Merrifield, VA 22119-3000
                                                                                TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2020                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jun 29, 2020
                              Form ID: 185             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2020 at the address(es) listed below:
              Aleisha Candace Jennings     on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, AS
               TRUSTEE FOR SG MORTGAGE SECURITIES TRUST 2006-OPT2, ASSET BACKED CERTIFICATES, SERIES 2006-OPT2
               ajennings@rasflaw.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Harold N. Kaplan    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR SG
               MORTGAGE SECURITIES TRUST 2006-OPT2, ASSET BACKED CERTIFICATES, SERIES 2006-OPT2
               hkaplan@rasnj.com,    informationathnk@aol.com
              Herbert B. Raymond     on behalf of Debtor Kim Y. Worthington herbertraymond@gmail.com,
               raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
               ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
               ls789@gmail.com
              Keri P. Ebeck     on behalf of Creditor    Navy Federal Credit Union kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Laura M. Egerman     on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR SG
               MORTGAGE SECURITIES TRUST 2006-OPT2, ASSET BACKED CERTIFICATES, SERIES 2006-OPT2
               bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann  Greenberg     magecf@magtrustee.com
              Rebecca Ann Solarz     on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              Shauna M Deluca     on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR SG
               MORTGAGE SECURITIES TRUST 2006-OPT2, ASSET BACKED CERTIFICATES, SERIES 2006-OPT2
               sdeluca@rasflaw.com
              Sindi  Mncina     on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR SG
               MORTGAGE SECURITIES TRUST 2006-OPT2, ASSET BACKED CERTIFICATES, SERIES 2006-OPT2
               smncina@rascrane.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11
```