**Kim Worthington**
290 Conklin Avenue
Hillside, New Jersey 07205

August 11, 2020

Re: Navy Federal Credit Union
    Loan # 2991

Dear Honorable Judge Sherwood:

This is an urgent matter brought to my attention by Kevin of Raymond and Raymond Law Firm via a conversation on August 10, 2020, regarding a court appearance scheduled for August 13, 2020.  The matter in question is my current Truck Loan (Account # 2991) with Navy Federal Credit Union.

Facts:

I.      An email sent in January, 2020 to Raymond and Raymond Law Firm from the NFCU Attorney referenced that my loan with NFCU was current.

II.     On June 21, 2020, I received an email from my attorney stating the NFCU Attorneys sent them a breakdown of my loan payments indicating: partial and missing payments for the following months: March, 2020 $168.00, April, 2020 $495.51, May, 2020 $495.51 and June, 2020 $495.51 totaling $1655.00.

III.    I have made all payments requested by the NFCU Attorney to bring the account to date.

IV.     My July payment has been sent and has not yet posted to my account.

V.      In the email sent today by the NFCU attorney, it states that a mistake was made by the NFCU Attorney with regards to their calculations.  This is not the first time that similar mistakes have been made. (Attached emails.)  I have done everything in my power to make my loan payments to NFCU.  This is very stressful when you couple it with the ongoing pandemic.  I require a true and accurate breakdown indicating all payment made to date in order to alleviate the concerns that I have with NFCU and their current accounting practices.

Thank for your patience and understanding with this matter.

Sincerely,

Kim Worthington