UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

KERI P. EBECK, ESQUIRE
Bar ID: #269092017
Bernstein and Burkley
707 Grant Street,
Gulf Tower Suite 2200
Pittsburgh, PA 15219
(412) 456-8112
Attorneys for Navy Federal Credit Union
N.053-085

**Order Filed on September 4, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Kim Y. Worthington

Case No.: 18-28670-JKS

Adv. No.:

Hearing Date: 08/13/2020 @ 10:00 AM

Judge: John K. Sherwood

# ORDER RE ADEQUATE PROTECTION

The relief set forth on the following pages, numbered two (2) through  3    is hereby **ORDERED**.

**DATED: September 4, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**
**Debtor: Kim Y. Worthington**
**Case No. 18-28670-JKS**
**Caption of Order: Order Re Adequate Protection**

---

The Motion for Relief from Automatic Stay of Navy Federal Credit Union, its assignees and/or successors in interest, came on for hearing on August 13, 2020 at 10:00 a.m., before the Honorable John K. Sherwood. Appearances are as set forth in the Court's docket.

The Court after reviewing the pleadings and records, and after determining that GOOD CAUSE exists, makes the following Order:

**IT IS HEREBY ORDERED** as follows:

1. That the post-petition arrearages total is $1,817.44 through August 2020.

2. Debtor represented that she sent in $600.00 to Movant for August 2020, which if received would reduce arrearages to $1,217.44 through August 2020.

3. Debtor shall cure the balance of arrears of $1,217.44 over 6 months starting September 11 2020 when she will tender regular payments plus $1/6^{th}$ of the arrears of ($202.91 per month). Debtor should be current by February 2021 payment.

4. That should any future payment to the mortgagee not be made within 30 days of its due date, including all *ad valorem* taxes in full within the specified time period, or should Debtor's insurance lapse or be cancelled, then upon certification to be filed with this Court and on notice to the Debtors, the Debtor's attorney and the Trustee, Navy Federal Credit Union, its assignees and/or successors in interest, shall be entitled to an Order for Relief from the Automatic Stay with respect to the Debtor's personal property commonly known as **2010 Dodge RAM, VIN 1D7RV1CT4AS193124**.

5. That Movant is entitled to attorney fees and costs of $531.00 which shall be paid through the plan.

6. The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

**(Page** 3**)**
**Debtor: Kim Y. Worthington**
**Case No. 18-28670-JKS**
**Caption of Order: Order Re Adequate Protection**

## CERTIFICATE OF MAILING

      I hereby certify that on _____, 20\_\_\_\_, a copy of the foregoing Order was served on each of the following: Movant.

      _____