UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

KERI P. EBECK, ESQUIRE
Bar ID: #269092017
Bernstein and Burkley
707 Grant Street,
Gulf Tower Suite 2200
Pittsburgh, PA 15219
(412) 456-8112
Attorneys for Navy Federal Credit Union
N.053-085

**Order Filed on September 4, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Kim Y. Worthington

Case No.: 18-28670-JKS

Adv. No.:

Hearing Date: 08/13/2020 @ 10:00 AM

Judge: John K. Sherwood

## ORDER RE ADEQUATE PROTECTION

The relief set forth on the following pages, numbered two (2) through __3__ is hereby **ORDERED**.

**DATED: September 4, 2020**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**(Page** 2**)**
**Debtor: Kim Y. Worthington**
**Case No. 18-28670-JKS**
**Caption of Order: Order Re Adequate Protection**

---

The Motion for Relief from Automatic Stay of Navy Federal Credit Union, its assignees and/or successors in interest, came on for hearing on August 13, 2020 at 10:00 a.m., before the Honorable John K. Sherwood. Appearances are as set forth in the Court's docket.

The Court after reviewing the pleadings and records, and after determining that GOOD CAUSE exists, makes the following Order:

**IT IS HEREBY ORDERED** as follows:

1. That the post-petition arrearages total is $1,817.44 through August 2020.

2. Debtor represented that she sent in $600.00 to Movant for August 2020, which if received would reduce arrearages to $1,217.44 through August 2020.

3. Debtor shall cure the balance of arrears of $1,217.44 over 6 months starting September 11 2020 when she will tender regular payments plus $1/6^{th}$ of the arrears of ($202.91 per month). Debtor should be current by February 2021 payment.

4. That should any future payment to the mortgagee not be made within 30 days of its due date, including all *ad valorem* taxes in full within the specified time period, or should Debtor's insurance lapse or be cancelled, then upon certification to be filed with this Court and on notice to the Debtors, the Debtor's attorney and the Trustee, Navy Federal Credit Union, its assignees and/or successors in interest, shall be entitled to an Order for Relief from the Automatic Stay with respect to the Debtor's personal property commonly known as **2010 Dodge RAM, VIN 1D7RV1CT4AS193124**.

5. That Movant is entitled to attorney fees and costs of $531.00 which shall be paid through the plan.

6. The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

**(Page** 3**)**
**Debtor: Kim Y. Worthington**
**Case No. 18-28670-JKS**
**Caption of Order: Order Re Adequate Protection**

## CERTIFICATE OF MAILING

I hereby certify that on _____, 20\_\_\_\_, a copy of the foregoing Order was served on each of the following: Movant.

_____

United States Bankruptcy Court
District of New Jersey

In re:  
Kim Y. Worthington  
    Debtor

Case No. 18-28670-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Sep 04, 2020  
                  Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2020.  
db         +Kim Y. Worthington,    290 Conklin Avenue,    Hillside, NJ 07205-1447

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2020 at the address(es) listed below:

         Aleisha Candace Jennings    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR SG MORTGAGE SECURITIES TRUST 2006-OPT2, ASSET BACKED CERTIFICATES, SERIES 2006-OPT2 ajennings@rasflaw.com  
         Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Harold N. Kaplan    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR SG MORTGAGE SECURITIES TRUST 2006-OPT2, ASSET BACKED CERTIFICATES, SERIES 2006-OPT2 hkaplan@rasnj.com, informationathnk@aol.com  
         Herbert B. Raymond    on behalf of Debtor Kim Y. Worthington herbertraymond@gmail.com, raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com  
         Keri P. Ebeck    on behalf of Creditor    Navy Federal Credit Union kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
         Laura M. Egerman    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR SG MORTGAGE SECURITIES TRUST 2006-OPT2, ASSET BACKED CERTIFICATES, SERIES 2006-OPT2 bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com  
         Shauna M Deluca    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR SG MORTGAGE SECURITIES TRUST 2006-OPT2, ASSET BACKED CERTIFICATES, SERIES 2006-OPT2 sdeluca@rasflaw.com  
         Sindi Mncina    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR SG MORTGAGE SECURITIES TRUST 2006-OPT2, ASSET BACKED CERTIFICATES, SERIES 2006-OPT2 smncina@rascrane.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                        TOTAL: 11