UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886
Attorneys for Secured Creditor
Shauna Deluca, Esquire. (SD-8248)

In Re:
Kim Y Worthington,
Debtor.

Case No.:      18-28670-JKS

Chapter:      13

Hearing Date:     7/22/2021

Judge:      John K. Sherwood

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled            ☐ Withdrawn

Matter: Creditor's Certification of Default filed on 3/30/2021 at DE 77

Date: 7/12/2021

/s/ Shauna Deluca
Signature

*rev.8/1/15*