HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ  07017

Re:  KIM Y. WORTHINGTON　　　　　　　　　　　Atty:  HERBERT B. RAYMOND, ESQ.
     290 CONKLIN AVENUE　　　　　　　　　　　　　   7 GLENWOOD AVENUE
     HILLSIDE,  NJ  07205　　　　　　　　　　　　　　   4TH FLOOR SUITE 408
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
Chapter 13 Case # 18-28670

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $52,977.00**

## RECEIPTS AS OF 01/14/2022  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/30/2018 | $300.00 | 25299677542 | 11/29/2018 | $300.00 | 25299692076 |
| 01/02/2019 | $300.00 | 25589883115 | 01/28/2019 | $300.00 | 25588072642 |
| 03/25/2019 | $300.00 | 25811745344 | 03/26/2019 | $300.00 | 25780555787 |
| 04/24/2019 | $300.00 | 25780571471 | 05/23/2019 | $300.00 | 25901842230 |
| 06/24/2019 | $300.00 | 25901857405 | 07/26/2019 | $300.00 | 25962094337 |
| 08/27/2019 | $300.00 | 25860792734 | 09/25/2019 | $300.00 | 26171433810 |
| 11/05/2019 | $300.00 | 26318692596 | 12/03/2019 | $300.00 | 26318690572 |
| 12/31/2019 | $300.00 | 26297278064 | 01/22/2020 | $300.00 | 26297283655 |
| 02/25/2020 | $300.00 | 26297297381 | 03/24/2020 | $300.00 | 26521885787 |
| 05/28/2020 | $300.00 | 26476718488 | 06/04/2020 | $300.00 | 26522493794 |
| 06/25/2020 | $300.00 | 26297288583 | 07/16/2020 | $300.00 | 26297290462 |
| 09/22/2020 | $300.00 | 26962353887 | 09/22/2020 | $300.00 | 26794816020 |
| 10/29/2020 | $300.00 | 26925082391 | 12/04/2020 | $300.00 | 26962375083 |
| 01/12/2021 | $300.00 | 26924529183 | 01/29/2021 | $300.00 | 26924534864 |
| 03/15/2021 | $300.00 | 27054995117 | 04/21/2021 | $300.00 | 27252576955 |
| 06/04/2021 | $300.00 | 27252581376 | 06/16/2021 | $300.00 | 27203039807 |
| 07/21/2021 | $300.00 | 27596705422 | 08/17/2021 | $300.00 | 27573418462 |
| 08/17/2021 | $300.00 | 26476720907 | 10/01/2021 | $300.00 | 27573425515 |
| 11/23/2021 | $450.00 | 27633338212 | 11/23/2021 | $450.00 | 27839506498 |
| 11/23/2021 | $300.00 | 27839506500 | 12/17/2021 | $900.00 | 27876151091 |

**Total Receipts: $12,900.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $12,900.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022  (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| HSBC BANK USA NA | 08/19/2019 | $88.47 | 830,673 | 09/16/2019 | $279.07 | 832,748 |

**Chapter 13 Case # 18-28670**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| | 10/21/2019 | $286.34 | 834,711 | 12/16/2019 | $275.58 | 838,763 |
| | 01/13/2020 | $275.58 | 840,647 | 02/10/2020 | $551.17 | 842,526 |
| | 03/16/2020 | $275.58 | 844,394 | 04/20/2020 | $275.58 | 846,346 |
| | 06/15/2020 | $221.95 | 849,997 | 06/15/2020 | $40.95 | 849,997 |
| | 12/21/2020 | $156.17 | 860,885 | 12/21/2020 | $28.81 | 860,885 |
| | 02/22/2021 | $450.25 | 864,312 | 02/22/2021 | $83.07 | 864,312 |
| | 04/19/2021 | $225.13 | 867,850 | 04/19/2021 | $41.54 | 867,850 |
| | 05/17/2021 | $225.12 | 869,804 | 05/17/2021 | $41.53 | 869,804 |
| | 06/21/2021 | $228.78 | 871,563 | 06/21/2021 | $42.21 | 871,563 |
| | 07/19/2021 | $228.77 | 873,423 | 07/19/2021 | $42.21 | 873,423 |
| | 09/20/2021 | $37.32 | 876,832 | 09/20/2021 | $6.89 | 876,832 |
| | 10/18/2021 | $231.21 | 878,629 | 10/18/2021 | $42.66 | 878,629 |
| | 12/13/2021 | $924.83 | 881,994 | 12/13/2021 | $170.63 | 881,994 |
| | 01/10/2022 | $693.64 | 883,634 | 01/10/2022 | $127.98 | 883,634 |
| NAVY FEDERAL CREDIT UNION | | | | | | |
| | 09/16/2019 | $11.76 | 833,687 | 10/21/2019 | $9.16 | 835,724 |
| | 12/16/2019 | $8.82 | 839,704 | 01/13/2020 | $8.82 | 841,583 |
| | 02/10/2020 | $17.63 | 843,464 | 03/16/2020 | $8.82 | 845,385 |
| | 04/20/2020 | $8.82 | 847,322 | 06/15/2020 | $7.10 | 850,857 |
| | 12/21/2020 | $5.00 | 861,862 | 02/22/2021 | $14.40 | 865,373 |
| | 02/22/2021 | $9.80 | 865,373 | 04/19/2021 | $7.20 | 868,899 |
| | 05/17/2021 | $7.20 | 870,767 | 05/17/2021 | $7.28 | 870,767 |
| | 06/21/2021 | $7.32 | 872,581 | 07/19/2021 | $7.32 | 874,356 |
| | 07/19/2021 | $7.40 | 874,356 | 10/18/2021 | $8.59 | 879,552 |
| | 12/13/2021 | $19.28 | 882,881 | 12/13/2021 | $29.58 | 882,881 |
| | 01/10/2022 | $11.21 | 884,533 | 01/10/2022 | $22.19 | 884,533 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 753.28 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 5,303.00 | 100.00% | 5,303.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AHS HOSPITAL CORP. | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AFFIRM INC | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | CAPITAL ONE BANK (USA) NA | UNSECURED | 445.20 | * | 0.00 | |
| 0006 | COMENITY BANK/PIER 1 | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | DISCOVER FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | NAVY FCU | UNSECURED | 13,074.87 | * | 0.00 | |
| 0009 | NAVY FEDERAL CREDIT UNION | VEHICLE SECURE | 1,132.08 | 100.00% | 189.73 | |
| 0010 | NEWARK FIREMANS FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | HSBC BANK USA NA | MORTGAGE ARRE | 35,390.55 | 100.00% | 5,930.54 | |
| 0015 | SIMONS AGENCY, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | TOYOTA LEASE TRUST | UNSECURED | 5,298.92 | * | 0.00 | |
| 0020 | NAVY FCU | UNSECURED | 6,246.23 | * | 0.00 | |
| 0021 | HSBC BANK USA NA | (NEW) MTG Agree | 6,103.81 | 100.00% | 668.48 | |
| 0022 | NAVY FEDERAL CREDIT UNION | (NEW) Auto Agreed | 531.00 | 100.00% | 54.97 | |

**Total Paid: $12,900.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 14, 2022.

Receipts: $12,900.00    -    Paid to Claims: $6,843.72    -    Admin Costs Paid: $6,056.28    =    Funds on Hand: $0.00

**Chapter 13 Case # 18-28670**

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.