UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Raymond and Raymond**
**Attorneys at Law**
**7 Glenwood Avenue, 4ᵀᴴ Floor**
**East Orange, New Jersey 07017**
**Telephone: (973) 675-5622**
**Telefax: (408) 519-6711**
**Email: herbertraymond@gmail.com**
**Herbert B. Raymond #HR-1379**
**Jeffrey M. Raymond**
**Attorneys for the Debtor(s)**

Order Filed on January 27, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

KIM WORTHINGTON, DEBTOR(S)

Case No.: 18-28670 (JKS)
Adv. No.:

Hearing Date:

Judge: JOHN SHERWOOD

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: January 27, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

Debtor: Kim Worthington,  Debtor(s)

Case no.: 18-28670 (JKS)

Caption of order: Order Granting Supplemental Counsel Fees

_____

    The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

    ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$200.00** for services rendered and expenses in the amount **$0.00** for a total of **$200.00**.  The allowance shall be payable

    ___XXXX___   through the Chapter 13 plan as an administrative priority.

    _____   outside the plan.

PLAN PAYMENTS SHALL BE MODIFIED TO REQUIRE PAYMENT AS FOLLOWS:

**$300 per month for thirty-seven (37) months**

**$891 per month for three (3) months starting November 2021**

**$902 per month for forty-four (44) months starting February 2022**

This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.