Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

Case No.: 18−28670−JKS  
Chapter: 13  
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Kim Y. Worthington  
   290 Conklin Avenue  
   Hillside, NJ 07205

Social Security No.:  
   xxx−xx−0397

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date: 8/25/22  
Time: 10:00 AM  
Location: Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)  
Herbert B. Raymond, Debtor's Attorney

COMMISSION OR FEES  
$1,500.00

EXPENSES  
$60.00

If this is a chapter 13 case, the fees and expenses awarded:

- ☐ will not reduce the amount to be paid to general unsecured creditors under the plan.

- ☑ will reduce the amount to be paid to general unsecured creditors under the plan as follows: Pot Plan.

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 25, 2022
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Kim Y. Worthington  
    Debtor

Case No. 18-28670-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2       User: admin      Page 1 of 3  
Date Rcvd: Jul 25, 2022      Form ID: 137      Total Noticed: 26

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kim Y. Worthington, 290 Conklin Avenue, Hillside, NJ 07205-1447 |
| cr | + | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 517764087 | + | AHS Hospital Corp., PO Box 35510, Newark, NJ 07193-0001 |
| 517764088 | + | Atlantic Health, PO Box 1905, Morristown, NJ 07962-1905 |
| 517764089 | + | Atlantic Health Systems, Morristown Memorial Hospital, PO Box 10219, Newark, NJ 07193-0219 |
| 517852683 | + | HSBC Bank USA, National Association, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 517764096 | + | Newark Firemans Fcu, 106 Fleming Ave, Newark, NJ 07105-4015 |
| 517764098 | + | Overlook Hospital, PO Box 102000, Newark, NJ 07193-0001 |
| 517764099 | + | RAS Citron, LLC, 130 Clinton Rd., Ste. 202, Fairfield, NJ 07004-2927 |
| 517764102 | + | Summit Radiological Associates, 151 Summit Avenue, Summit, NJ 07901-2813 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 25 2022 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 25 2022 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517764086 | + | Email/Text: backoffice@affirm.com | Jul 25 2022 20:45:00 | Affirm Inc, Affirm Incorporated, PO Box 720, San Francisco, CA 94104-0720 |
| 517764090 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 25 2022 20:49:33 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517824250 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 25 2022 20:49:24 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517764091 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 25 2022 20:44:00 | Comenity Bank/Pier 1, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 517764092 | + | Email/Text: mrdiscen@discover.com | Jul 25 2022 20:44:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 517824354 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jul 25 2022 20:44:00 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO, ATTN: Cashiering Department, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 517764093 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 25 2022 20:45:00 | Navy FCU, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 517764095 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 25 2022 20:45:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 517764097 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jul 25 2022 20:44:00 | Ocwen Loan Servicing, LLC, Attn: Research/Bankruptcy, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |

Case 18-28670-JKS    Doc 110    Filed 07/27/22    Entered 07/28/22 00:14:46    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 25, 2022 | Form ID: 137 | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| 517764100 | + Email/Text: RASEBN@raslg.com | | Jul 25 2022 20:44:00 | Robertson, Anschutz, & Schneid, P.L., 6409 Congress Avenue, Ste. 100, Boca Raton, FL 33487-2853 |
| 517764101 | + Email/Text: clientservices@simonsagency.com | | Jul 25 2022 20:45:00 | Simons Agency, Inc., Attn: Bankruptcy, 4963 Wintersweet Dr., Liverpool, NY 13088-2176 |
| 517764103 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | Jul 25 2022 20:44:00 | Toyota Motor Credit Co, Toyota Financial Services, PO Box 8026, Cedar Rapids, IA 52408 |
| 517868096 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | Jul 25 2022 20:44:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518302408 | Email/PDF: bncnotices@becket-lee.com | | Jul 25 2022 20:49:38 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517764094 | *+ | Navy FCU, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 27, 2022        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor HSBC BANK USA NATIONAL ASSOCIATION, AS TRUSTEE FOR SG MORTGAGE SECURITIES TRUST 2006-OPT2, ASSET BACKED CERTIFICATES, SERIES 2006-OPT2 ajennings@raslg.com |
| Charles G. Wohlrab | on behalf of Creditor HSBC BANK USA NATIONAL ASSOCIATION, AS TRUSTEE FOR SG MORTGAGE SECURITIES TRUST 2006-OPT2, ASSET BACKED CERTIFICATES, SERIES 2006-OPT2 cwohlrab@raslg.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor HSBC BANK USA NATIONAL ASSOCIATION, AS TRUSTEE FOR SG MORTGAGE SECURITIES TRUST 2006-OPT2, ASSET BACKED CERTIFICATES, SERIES 2006-OPT2 hkaplan@rasnj.com, informationathnk@aol.com |
| Herbert B. Raymond | on behalf of Debtor Kim Y. Worthington herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Keri P. Ebeck | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 25, 2022 | Form ID: 137 | Total Noticed: 26 |

| | |
|---|---|
| | on behalf of Creditor Navy Federal Credit Union KEBECK@BERNSTEINLAW.COM  jbluemle@bernsteinlaw.com |
| Laura M. Egerman | on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION, AS TRUSTEE FOR SG MORTGAGE SECURITIES TRUST 2006-OPT2, ASSET BACKED CERTIFICATES, SERIES 2006-OPT2 bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@raslg.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Lease Trust rsolarz@kmllawgroup.com |
| Shauna M Deluca | on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION, AS TRUSTEE FOR SG MORTGAGE SECURITIES TRUST 2006-OPT2, ASSET BACKED CERTIFICATES, SERIES 2006-OPT2 sdeluca@hasbanilight.com, hllawpc@gmail.com |
| Sindi Mncina | on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION, AS TRUSTEE FOR SG MORTGAGE SECURITIES TRUST 2006-OPT2, ASSET BACKED CERTIFICATES, SERIES 2006-OPT2 smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12