

08/18/2022

U.S BANKRUPTCY COURT
FOR THE MAIN DISTRICT OF NEW JERSEY
50 WALNUT ST.
NEWARK, NJ, 07102

RE: **Withdrawal of Claim**
    KIm Worthington (Debtor(s))

    Bankruptcy Case No. 18-28670

Dear Court Clerk:

Please withdraw claim number 5 in the amount of $19,231.07 from the above-referenced bankruptcy case number. The claim was filed by Navy Federal Credit Union on 10/23/2018.

Thank you for your attention to this matter.

Sincerely,

*McChele Freeman*
Collections Department
Navy Federal Credit Union