| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Raymond and Raymond<br>Attorneys at Law<br>7 Glenwood Avenue, 4TH Floor<br>East Orange, New Jersey 07017<br>Telephone: (973) 675-5622<br>Telefax: (408) 519-6711<br>Email: herbertraymond@gmail.com<br>Herbert B. Raymond #HR-1379<br>Jeffrey M. Raymond<br>Attorneys for the Debtor(s)** | Order Filed on August 26, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>KIM WORTHINGTON, DEBTOR(S) | Case No.: 18-28670 (JKS)<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: JOHN SHERWOOD |

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: August 26, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

Debtor: Kim Worthington,  Debtor(s)

Case no.: 18-28670 (JKS)

Caption of order: Order Granting Supplemental Counsel Fees
_____

　　The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

　　ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$1,500.00** for services rendered and expenses in the amount **$60.00** for a total of **$1,560.00**.  The allowance shall be payable

　　___XXXX___   through the Chapter 13 plan as an administrative priority.

　　_____   outside the plan.

PLAN PAYMENTS SHALL BE MODIFIED TO REQUIRE PAYMENT AS FOLLOWS:

**$300 per month for thirty-seven (37) months**

**$891 per month for three (3) months starting November 2021**

**$902 per month for seven (7) months starting February 2022**

**$937 per month for thirty-seven (37) months starting September 2022**