Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18−28670−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Kim Y. Worthington
    290 Conklin Avenue
    Hillside, NJ 07205

Social Security No.:
    xxx−xx−0397

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

        NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 14, 2022.

Dated: November 14, 2022
JAN: zlh

                        Jeanne Naughton
                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 18-28670-JKS

Kim Y. Worthington                                                                            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                               Page 1 of 3

Date Rcvd: Nov 14, 2022                   Form ID: plncf13                               Total Noticed: 26

The following symbols are used throughout this certificate:

**Symbol        Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kim Y. Worthington, 290 Conklin Avenue, Hillside, NJ 07205-1447 |
| 517764087 | + | AHS Hospital Corp., PO Box 35510, Newark, NJ 07193-0001 |
| 517764088 | + | Atlantic Health, PO Box 1905, Morristown, NJ 07962-1905 |
| 517764089 | + | Atlantic Health Systems, Morristown Memorial Hospital, PO Box 10219, Newark, NJ 07193-0219 |
| 517764096 | + | Newark Firemans Fcu, 106 Fleming Ave, Newark, NJ 07105-4015 |
| 517764098 | + | Overlook Hospital, PO Box 102000, Newark, NJ 07193-0001 |
| 517764102 | + | Summit Radiological Associates, 151 Summit Avenue, Summit, NJ 07901-2813 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 14 2022 22:16:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 14 2022 22:16:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Nov 14 2022 22:15:00 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 517764086 | + | Email/Text: backoffice@affirm.com | Nov 14 2022 22:16:00 | Affirm Inc, Affirm Incorporated, PO Box 720, San Francisco, CA 94104-0720 |
| 517764090 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 14 2022 22:24:49 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517824250 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 14 2022 22:25:02 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517764091 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 14 2022 22:16:00 | Comenity Bank/Pier 1, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 517764092 | + | Email/Text: mrdiscen@discover.com | Nov 14 2022 22:15:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 517824354 | + | Email/Text: BKEBN-Notifications@ocwen.com | Nov 14 2022 22:15:00 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO, ATTN: Cashiering Department, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 517852683 | + | Email/Text: RASEBN@raslg.com | Nov 14 2022 22:15:00 | HSBC Bank USA, National Association, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 517764093 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 14 2022 22:16:00 | Navy FCU, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 517764095 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 14 2022 22:16:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |

District/off: 0312-2 | User: admin | Page 2 of 3
Date Rcvd: Nov 14, 2022 | Form ID: plncf13 | Total Noticed: 26

| 517764097 | + Email/Text: BKEBN-Notifications@ocwen.com | | |
| | | Nov 14 2022 22:15:00 | Ocwen Loan Servicing, LLC, Attn: Research/Bankruptcy, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 517764099 | + Email/Text: RASEBN@raslg.com | | |
| | | Nov 14 2022 22:15:00 | RAS Citron, LLC, 130 Clinton Rd., Ste. 202, Fairfield, NJ 07004-2927 |
| 517764100 | + Email/Text: RASEBN@raslg.com | | |
| | | Nov 14 2022 22:15:00 | Robertson, Anschutz, & Schneid, P.L., 6409 Congress Avenue, Ste. 100, Boca Raton, FL 33487-2853 |
| 517764101 | + Email/Text: clientservices@simonsagency.com | | |
| | | Nov 14 2022 22:16:00 | Simons Agency, Inc., Attn: Bankruptcy, 4963 Wintersweet Dr., Liverpool, NY 13088-2176 |
| 517764103 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | Nov 14 2022 22:15:00 | Toyota Motor Credit Co, Toyota Financial Services, PO Box 8026, Cedar Rapids, IA 52408 |
| 517868096 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |
| | | Nov 14 2022 22:15:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518302408 | Email/PDF: bncnotices@becket-lee.com | | |
| | | Nov 14 2022 22:24:42 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517764094 | *+ | Navy FCU, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 16, 2022        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION, AS TRUSTEE FOR SG MORTGAGE SECURITIES TRUST 2006-OPT2, ASSET BACKED CERTIFICATES, SERIES 2006-OPT2 ajennings@raslg.com |
| Charles G. Wohlrab | on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION, AS TRUSTEE FOR SG MORTGAGE SECURITIES TRUST 2006-OPT2, ASSET BACKED CERTIFICATES, SERIES 2006-OPT2 cwohlrab@raslg.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION, AS TRUSTEE FOR SG MORTGAGE SECURITIES |

TRUST 2006-OPT2, ASSET BACKED CERTIFICATES, SERIES 2006-OPT2 hkaplan@rasnj.com, kimwilson@raslg.com

Herbert B. Raymond

on behalf of Debtor Kim Y. Worthington herbertraymond@gmail.com
raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Keri P. Ebeck

on behalf of Creditor Navy Federal Credit Union KEBECK@BERNSTEINLAW.COM  jbluemle@bernsteinlaw.com

Kimberly A. Wilson

on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION, AS TRUSTEE FOR SG MORTGAGE SECURITIES
TRUST 2006-OPT2, ASSET BACKED CERTIFICATES, SERIES 2006-OPT2 k_wilsonlaw@comcast.net,
courtdocs_kwlaw@comcast.net;kwlawoffices@gmail.com

Laura M. Egerman

on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION, AS TRUSTEE FOR SG MORTGAGE SECURITIES
TRUST 2006-OPT2, ASSET BACKED CERTIFICATES, SERIES 2006-OPT2 bkyecf@rasflaw.com,
bkyecf@rasflaw.com;legerman@raslg.com

Marie-Ann Greenberg

magecf@magtrustee.com

Shauna M Deluca

on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION, AS TRUSTEE FOR SG MORTGAGE SECURITIES
TRUST 2006-OPT2, ASSET BACKED CERTIFICATES, SERIES 2006-OPT2 sdeluca@hasbanilight.com, hllawpc@gmail.com

Sindi Mncina

on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION, AS TRUSTEE FOR SG MORTGAGE SECURITIES
TRUST 2006-OPT2, ASSET BACKED CERTIFICATES, SERIES 2006-OPT2 smncina@raslg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12