UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

**Kim Y Worthington, Debtor(s)**

Case No.     **18-28670**

Chapter:     **13**

Judge:       **John K. Sherwood, U.S.B.J.**

### CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____**Kim Y Worthington**_____, debtor in this case certify as follows:

1.    All payments required to be made by me under my plan have been made and are paid in full.

2.    ☑    I am not required to pay domestic support obligations.

      ☐    I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date:   **March 23, 2023**

        **/s/ Kim Y Worthington**
        **Kim Y Worthington**
        Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*